WILLIAM B. WAHLHEIM (*Pro Hac Vice anticipated*)
THOMAS J. BUTLER (*Pro Hac Vice anticipated*)
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Phone: (205) 254-1104
Fax: (205) 254-1999
E-mail:wwahlheim@maynardcooper.com
tbutler@maynardcooper.com

LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Fax: (205) 254-1999
E-mail:loliver@maynardcooper.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORETTA BRUCE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:17-cv-02201-MCE-KJN<br><br>**STIPULATION AND ORDER GRANTING LEAVE FOR DEFENDANT TO FILE A FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Compl. Filed: October 20, 2017<br><br>Honorable Morrison C. England, Jr. |

## STIPULATION

Plaintiff Loretta Bruce and Defendant Hartford Life and Accident Insurance Company, through their respective attorneys of record, hereby jointly stipulate that Defendant may file a First Amended Answer to Plaintiff's Complaint (attached hereto as Exhibit A) to address Plaintiff's concerns regarding certain responses and affirmative defenses.

DATED: January 10, 2018

        MAYNARD, COOPER & GALE, LLP

By: */s/ Linda Oliver*
Linda B. Oliver
Attorney for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

DATED: January 10, 2018

        ROBERT J. ROSATI

By: */s/ Robert J. Rosati*
Robert J. Rosati
Attorney for Plaintiff
LORETTA BRUCE

**ORDER**

Having read and considered the stipulation by and between Plaintiff Loretta Bruce and Defendant Hartford Life and Accident Insurance Company, by and through their respective counsel of record, the Court hereby grants Defendant leave to file a first amended answer to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: January 11, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE