UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA BRUCE,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 2:17-cv-2201-MCE-KJN<br><br><br><br>ORDER |

On October 11, 2018, the court entertained oral argument with respect to plaintiff's motions to compel discovery. (ECF Nos. 17, 21.) At the hearing, attorney Robert Rosati appeared on behalf of plaintiff, and attorney Thomas Butler appeared on behalf of defendant. After carefully considering the written briefing, the oral argument, and the applicable law, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to strike additional evidence submitted by defendant along with the joint statement (ECF No. 27) is DENIED, because such evidence was submitted to provide a factual showing in support of defendant's claims of burden, did not contain additional legal argument, and was not submitted to circumvent the court's prior order concerning briefing limitations.

2. Plaintiff's motions to compel (ECF Nos. 17, 21) are GRANTED IN PART and DENIED IN PART as specifically outlined in this order.

3. Defendant is directed to further meet and confer with plaintiff regarding defendant's ability to reasonably ascertain and provide to plaintiff how many claims were denied by defendant following an independent medical examination ("IME") by Dr. Bernhard during the relevant period.

4. To the extent that defendant has not already done so, defendant shall produce the template letters requested in Request for Production of Documents ("RFP") No. 16, the documents regarding a requirement for a labor market survey requested in RFP No. 32, and any training materials with respect to application of policy terms requested by RFP No. 40.

5. Pursuant to an agreement by the parties, defendant shall pay plaintiff $1,284.65 for expenses incurred to reschedule the Rule 30(b)(6) deposition.

6. Except for the matters outlined above, no further discovery is compelled.[1]

7. Plaintiff's request for sanctions is DENIED.

IT IS SO ORDERED.

Dated: October 16, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] As the court noted at the hearing, large portions of plaintiff's requested discovery, especially concerning other claimants and claims that may have little similarity to the claim at issue here, essentially amount to a fishing expedition not permitted by the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 26(b)(1); see also State Farm Mut. Auto. Ins. Co. v. Campbell, 538 U.S. 403, 423 (2003) (holding that a punitive damages analysis should focus primarily on what the defendant did to the present plaintiff and not on alleged bad conduct towards others).