ROBERT J. ROSATI, No. 112006
robert@erisalg.com
RAQUEL M. BUSANI, No. 323162
raquel@erisalg.com
6485 Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
LORETTA BRUCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORETTA BRUCE, | ) | **CASE NO.: 2:17-CV-02201-MCE-KJN** |
| | ) | |
| | ) | **ORDER RE: REQUEST TO FILE** |
| Plaintiff, | ) | **UNREDACTED DOCUMENT UNDER** |
| | ) | **SEAL IN COMPLIANCE WITH THE** |
| | ) | **PARTIES' STIPULATED PROTECTIVE** |
| v. | ) | **ORDER IN SUPPORT OF PLAINTIFF'S** |
| | ) | **MOTION FOR PARTIAL SUMMARY** |
| | ) | **JUDGMENT** |
| HARTFORD LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | Pursuant to Local Rule 141 |
| | ) | |
| | ) | Date: May 16, 2019 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Crtrm: 7, 14th Floor |
| | ) | Judge: Morrison C. England |
| _____ | ) | |

The Court, having read and considered the Request to Seal Unredacted Documents submitted on behalf of Plaintiff, Loretta Bruce, and good cause appearing,

Redacted versions of the following documents have been filed on the docket, and it is hereby ordered that unredacted versions of these documents may be filed under seal and remain seal until further notice:

///

///

A. Portions of the Separate Statement of Undisputed Facts in Support of Plantiff's Motion for Partial Summary Judgment as follow:

    a. Page 39, ¶ 157:9-13.

    b. Page 53, ¶ 214:17-24.

    c. Page 54, ¶ 215:2-7 and ¶ 217:11-13.

    d. Page 57, ¶ 228:12-15 and ¶ 229:16-17.

B. Portions of Exhibit A to the Declaration of Lisa Suhonos in support of Plaintiff's Motion for Partial Summary Judgment as follow:

    a. 12/14/19, Vocational Evaluation Report, page 29.

    b. 12/14/19, Vocational Evaluation Report, page 31.

    c. 12/14/19, Vocational Evaluation Report, page 32.

C. Certain Exhibits listed in the Declaration of Robert J. Rosati in Support of Plaintiff's Motion for Partial Summary Judgment as follows:

    a. Exhibit 104-A

    b. Exhibit 105-A

    c. Exhibit 132

    d. Exhibit S

IT IS SO ORDERED.

Dated: April 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE