**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| LORETTA BRUCE,<br><br>              Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>              Defendant. | Case No.: 2:17-cv-02201-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND SETTING OF BRIEFING SCHEDULE** |

{04824704.1} - 1 -
ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT AND SETTING OF BRIEFING SCHEDULE

Pursuant to the stipulation of the parties, it is hereby ORDERED that Plaintiff's hearing on her Motion for Summary Judgment is continued to July 25, 2019 and that the parties' opposition briefs are due June 27, 2019 and reply briefs are due July 18, 2019.

IT IS SO ORDERED.

Dated: April 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{04824704.1} - 2 -
ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND SETTING OF BRIEFING SCHEDULE