ROBERT J. ROSATI, No. 112006
robert@erisalg.com
RAQUEL M. BUSANI, No. 323162
raquel@erisalg.com
6485 Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
LORETTA BRUCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| LORETTA BRUCE, | ) | CASE NO.: 2:17-CV-02201-MCE-KJN |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) ) | **ORDER RE: REQUEST TO FILE UNREDACTED DOCUMENT UNDER SEAL IN COMPLIANCE WITH THE PARTIES' STIPULATED PROTECTIVE ORDER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY ADJUDICATION** |
| v. | ) ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | |
| | ) | Pursuant to Local Rule 141 |
| Defendant. | ) ) ) ) ) | Date: July 25, 2019<br>Time: 2:00 p.m.<br>Courtroom: 7, 14th floor<br>Judge: Morrison C. England |

The Court, having read and considered the Request to Seal Unredacted Documents submitted on behalf of Plaintiff, Loretta Bruce, and good cause appearing,

IT IS HEREBY ORDERED that the following unredacted documents be filed under seal and remain seal until further notice. Redacted versions of these documents have already been filed on the docket:

A. Portions of the Statement of Disputed Facts in Opposition to Hartford's Motion for Summary Adjudication as follow:

   a. Page 38, ¶ 153:6-11.

   b. Page 40, ¶ 157:9-13.

   c. Page 54, ¶ 213:11-13 and ¶ 214:16-24.

   d. Page 55, ¶ 215:2-7 and ¶ 217:11-13.

   e. Page 59, 228:7-11 and 229:12-13.

   g. Page 60, 235:12-27

B. Portions of Exhibit A to the Declaration of Lisa Suhonos in support of Plaintiff's Motion for Partial Summary Judgment as follow:

   a. 12/14/19, Vocational Evaluation Report, page 29.

   b. 12/14/19, Vocational Evaluation Report, page 31.

   c. 12/14/19, Vocational Evaluation Report, page 32.

C. Certain Exhibits listed in the Declaration of Robert J. Rosati in Support of Plaintiff's Opposition to Defendant's Motion for Summary Adjudication as follows:

   a. Exhibit 104-A

   b. Exhibit 105-A

   c. Exhibit 132

   d. Exhibit S

D. Portions of Exhibit X to the Declaration of Robert J. Rosati in Support of Plaintiff's Opposition to Defendant's Motion for Summary Adjudication as follows:

   a. Page 58, line 1- beginning of line 2

   b, Page 61, lines 13-16

   c. Page 65, lines 6-7; part of lines 9-10; and part lines15- 28

        d.      Page 66, beginning of line 9; and part of line 11

        e.      Page 68, lines 8-10

        f.      Page 72, lines 3-13; part of lines 19-22; part of lines 23-25; and part of lines 26-Page 73, lines 1-2

        g.      Page 73, part of lines 3-line 6; lines 8-12

        h.      Page 74, part of line 2-3

        i.      Page 75, lines 5-19

        j.      Page 84, lines 22-23; part of lines 26- 27; and beginning of line 28

    E.      Portions of Exhibit Y to the Declaration of Robert J. Rosati in Support of Plaintiff's Opposition to Defendant's Motion for Summary Adjudication as follows:

        a.      Page 2, lines 4-5 and lines 9-12

    F.      Portions of Exhibit Z to the Declaration of Robert J. Rosati in Support of Plaintiff's Opposition to Defendant's Motion for Summary Adjudication as follows:

        a.      Page 2, lines 25-27

        b.      Page 3, lines 1-11; lines 13-14; part of lines 16-17; and lines 23-24

        c.      Page 4, lines 4-6

        d.      Page 12, lines 25-27

        e.      Page 19, lines 2-5; and lines 23- 24

        f.      Pages 20-21, lines 6-26 and lines 1-2

        g.      Page 22, lines 21-23

    G.      Portions of Exhibit AA to the Declaration of Robert J. Rosati in Support of Plaintiff's Opposition to Defendant's Motion for Summary Adjudication as follows:

        a.      Page 3, lines 23-27

        b.      Page 4, lines 9-27 and Page 5, line 1

   c. Page 6, lines 17-22

   d. Page 7, lines 8-13

IT IS SO ORDERED.

Dated: July 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE