**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| LORETTA BRUCE, | Case No.: 2:17-cv-02201-MCE-KJN |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

{04930148.1} - 1 -
**ORDER GRANTING REQUEST TO SEAL**

| | |
|---|---|
| 1 | For the stated reasons in Defendant's Notice for Request to Seal (ECF No. 61), and for good |
| 2 | cause therefrom, the Court grants Defendant's Request to Seal. Unredacted versions of the documents |
| 3 | listed therein shall be filed under seal and shall remain under seal until further notice. |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: July 18, 2019 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE