|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| LORETTA BRUCE, | ) Case No.: 2:17-cv-02201-MCE-KJN |
|---|---|
| Plaintiff, | ) **ORDER GRANTING REQUEST TO SEAL** |
| v. | ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

{04952555.1} - 1 -
**ORDER GRANTING REQUEST TO SEAL**

For the stated reasons in Defendant's Notice for Request to Seal, and for good cause therefrom, the Court grants Defendant's Request to Seal the following portions:

1. Portions of Hartford's Opposition to the Statement of disputed Facts in Support of Plaintiff's Opposition to Hartford's Motion for Summary Adjudication as follow:

    i. DF 153, Pages 60:26 to 61:1-5,
    ii. DF 157, Page 65:11-17
    iii. DF 160, Page 67:8-9
    iv. DF 213, page 96:3-5
    v. DF 214, page 96:17 to 28
    vi. DF 215, page 97:3-10;
    vii. DF 217, page 97:18-20;
    viii. DF 228, page 105:2-7,
    ix. DF 229, page 105:8-10; and
    x. DF 235, page 107:20 to 109:12

2. Portions of Hartford's Reply in support of its to Motion for Summary Adjudication, page 9:11-15.

3. Unredacted versions of the foregoing documents shall be filed under seal.

IT IS SO ORDERED.

Dated: July 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE