ROBERT J. ROSATI, No. 112006
robert@erisalg.com
RAQUEL M. BUSANI, No. 323162
raquel@erisalg.com
6485 Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Telefax: 559-478-5939

Attorneys for Plaintiff,
LORETTA BRUCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORETTA BRUCE, | CASE NO.: 2:17-CV-02201-MCE-KJN |
| Plaintiff, | **ORDER RE: REQUEST TO SEAL DOCUMENTS 48-2 AND 58-2 UNDER SEAL IN COMPLIANCE WITH THE PARTIES' STIPULATED PROTECTIVE ORDER** |
| v. | Pursuant to Local Rule 141 |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

    The Court, having read and considered the Request to Seal Documents 48-2 and 58-2 Under Seal in Compliance with the Parties' Stipulated Protective Order submitted on behalf of Plaintiff, Loretta Bruce, and good cause appearing,

    IT IS HEREBY ORDERED that the following documents be filed under seal and remain seal until further notice:

    A.    Plaintiff's Separate Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment ("Document 48-2"); and

B. Statement of Disputed Facts in Opposition to Hartford's Motion for Summary Adjudication ("Document 58-2")

IT IS HEREBY ORDERED that the following documents be redacted and re-filed:

C. Plaintiff's Separate Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment

D. Statement of Disputed Facts in Opposition to Hartford's Motion for Summary Adjudication

IT IS SO ORDERED.

Dated: July 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE