ROBERT J. ROSATI (SBN 112006)
robert@erisalg.com
6485 North Palm Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 478-4119
Facsimile: (559) 478-5939
Attorney for Plaintiff, LORETTA BRUCE

WILLIAM B. WAHLHEIM
wwahlheim@maynardcooper.com
THOMAS J. BUTLER
tbutler@maynardcooper.com
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Phone: (205) 254-1104
Fax: (205) 254-1999

CINDY M. RUCKER (SBN 272465)
cmekari@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
1901 Avenue of the Stars, 19TH Floor
Los Angeles, CA 90067
Telephone: (323) 987-3356
Facsimile: (205) 254-1999
Attorneys for Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA BRUCE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendants. | No. 2:17-cv-02201-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through counsel of record whose signatures appear below, that the parties have settled their dispute and

1
**STIPULATION FOR DISMISSAL AND ORDER**

request that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

Date: February 9, 2021

                             *s/ Robert J. Rosati*
                             ROBERT J. ROSATI, No. 112006

                             Attorney for Plaintiff,
                             LORETTA BRUCE


Date: February 9, 2021

                             *s/ Cindy M. Rucker*
                             CINDY M. RUCKER, No. 272465

                             Attorneys for Defendant,
                             HARTFORD LIFE AND ACCIDENT
                             INSURANCE COMPANY

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Cindy Rucker hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  February 9, 2021

                             MORRISON C. ENGLAND, JR
                             SENIOR UNITED STATES DISTRICT JUDGE